BANK OF SICILY TRUST COMPANY, Appellant, v. DOMENICK VERCENZO ATANASIO CORDONE, Also Known as VERCENZO CORDONE, Defendant, Impleaded with IRENE CORCILLO, Also Known as IRENE MILITE, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

FINKELSTEIN AND SONS, INC., Respondent, v. HARRY SCHWARTZ, Appellant:— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

YETTA KAHN, Respondent, v. ABRAHAM KAHN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of SAMUEL H. ABRAHAM and Others, as Executors, etc., of ADOLPH SCHLESINGER, Deceased.— Decree so far as appealed from affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

MICHAEL HAIRDRESSER, INC., Appellant, v. MICHAEL ACTIS-GRAND and MICHAEL OF THE WALDORF, INCORPORATED, Respondents.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, Inc.

RITA TUCHMANN, Appellant, v. AARON TUCHMANN, Respondent.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

ERNESTO GISOLFI, Respondent, v. INTERCOAST TRADING COMPANY, Appellant, Impleaded with Another.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

GOTHAM MUSIC SERVICE, INC., and MILLS MUSIC, INC., Appellants, v. DENTON AND HASKINS MUSIC PUBLISHING CO., INC., Respondent.— Order modified in so far as to grant the motion for retaxation and disallowance of all items mentioned in plaintiffs' notice of appeal except the first three, the said three items having been marked off by the clerk, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

JOSEPH POPKIN, Respondent, v. D. GINSBERG & SONS, INC., and Others, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

FAIRANJUST REALTY COMPANY, INC., Respondent, v. ROSENTHAL ENGINEERING & CONTRACTING CO., INC., Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.